UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
**FILED**

JUL 14 2005

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| FMC TECHNOLOGIES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 05-376-DCR |
| ) | |
| SEQUOIA ENERGY, L.L.C. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| Serve: Mr. Stanley R. Ditty ) | |
| Registered Agent of ) | |
| Sequoia Energy, L.L.C. ) | |
| North 19th Street Extension ) | |
| Middlesboro, Kentucky 40965 ) | |

**ORIGINAL COMPLAINT**

Plaintiff, FMC Technologies, Inc., by and through its undersigned attorneys, complains and alleges against Defendant, Seqouia Energy, L.L.C. the following.

**I.
PARTIES**

1. <u>Plaintiff.</u> FMC Technologies, Inc. (FMCTI) is the plaintiff. FMCTI is a Delaware Corporation with its principal place of business located in Houston, Texas.

2. <u>Defendant.</u> Sequoia Energy, L.L.C. (Sequoia) is the defendant. Sequoia is a Kentucky Limited Liability Company with its principal place of business in Kentucky. It may be served with process by and through Mr. Stanley R. Ditty, Registered Agent of Sequoia Energy, L.L.C., North 19th Street Extension, Middlesboro, Kentucky 40965.

3. The parties are completely diverse from one another.

## II.
## JURISDICTION AND VENUE

4. This Honorable Court has jurisdiction over the lawsuit predicated upon diversity of citizenship. 28 U.S.C. §1332. The amount in controversy exceeds $75,000, excluding interest and costs.

5. Venue of this matter is proper in the London Division for the United States District Court, Eastern District of Kentucky.

## III.
## CONDITIONS PRECEDENT

6. All conditions precedent have been performed or have occurred.

## IV.
## FACTUAL BACKGROUND

7. This is a lawsuit to recover monies duly owed by Sequoia to FMCTI for goods and services FMCTI provided to Sequoia. On or about June 18, 2003, FMCTI provided a Quotation to Sequoia for certain goods and services relating to a Refuse Conveyor Coal System at Sequoia's Harlan, Kentucky mining facility. Exhibit A. Based upon Sequoia's acceptance of FMCTI's Quotation for the project, FMCTI provided valuable goods and services to Sequoia upon the terms and conditions agreed to by Sequoia. FMCTI performed its contractual obligations by delivering the equipment and services to Sequoia at its mining facility in Harlan. However, Sequoia has failed and refused to pay to FMCTI the amounts legally due and owing. Sequoia currently owes FMCTI the sum of $377,905.11, which consists of numerous invoices, including:

    a. Invoice number 597657 in the amount of $4,000.00;

  b.  Invoice number 618077 in the amount of $9,800.00;

  c.  Invoice number 618173 in the amount of $30,720.00;

  d.  Invoice number 622232 in the amount of $5,295.00;

  e.  Invoice number 622581 in the amount of $4,839.00;

  f.  Invoice number 621439 in the amount of $5,294.00;

  g.  Invoice number MISC29425-1 in the amount of $30,300.31;

  h.  Invoice number MISC29425-2 in the amount of $11,567.51;

  i.  Invoice number MISC29425-3 in the amount of $6,089.29;

  j.  Invoice number MISC29425-4 in the amount of $22,500.00; and

  k.  the balance due on Invoice number MISC29425 for the final payment against the original scope of work in the amount of $247,500.00. The foregoing Invoices are collectively attached hereto as Exhibit B.

8. On April 19, 2005, FMCTI made written demand upon Sequoia to pay the outstanding invoices. Exhibit C. However, no payments have been made since that time and thirty days has elapsed since the date of the demand.

## V.
## CAUSES OF ACTION

9. <u>First Cause of Action – Breach of Contract</u>. FMCTI restates and realleges the foregoing paragraphs. Sequoia has defaulted on the material terms of the contract(s) with FMCTI by failing to timely tender payment in the proper amounts; therefore, breaching the agreement(s). FMCTI has been damaged in the amount of $377,905.11, with interest accruing thereon.

3

10. <u>Second Cause of Action – Quantum Meruit/Unjust Enrichment</u>. FMCTI restates and realleges the foregoing paragraphs. FMCTI provided valuable equipment and services to Sequoia for which Sequoia has not paid, yet directly enjoys the use and benefit of such equipment and services. Sequoia's misconduct by refusing to pay FMCTI for the use of the equipment and services is inequitable, and Sequoia is unjustly enriched by its failure to pay FMCTI. FMCTI has been damaged as a result.

11. <u>Third Cause of Action – Possessory Writ</u>. FMCTI restates and realleges the foregoing paragraphs. Pleading in addition to and in the alternative pursuant to KRS 425.011, FMCTI seeks the issuance of a writ for the immediate right of possession to the equipment sold to Sequoia. Article 12.1 of the Terms and Conditions of the original Quotation states "[t]itle to the products supplied hereunder, to any and all accessories hereto and substitutions therefor, shall remain in Seller as a security interest until Buyer has completed payment of the purchase price, plus accrued interest, if any, and fully performed all of the terms and conditions hereof." Sequoia materially breached its agreement to pay for the equipment and services identified in the above-referenced Invoices. As such, FMCTI seeks to recover the equipment, including all attachments, accessories, and component parts, for which FMCTI has retained title and a security interest by virtue of the terms and conditions agreed to by Sequoia, thus terminating and foreclosing any interest in the equipment that may be held by Sequoia. FMCTI also seeks to recover all costs and expenses associated with the recovery of the equipment, including, but not limited to removal and disassembly. The equipment will be sold at a public or private sale, plaintiff permitted to be a purchaser, and the net proceeds from the sale first applied to costs of the sale and then toward payment of judgment.

## VI.
## RECOVERY OF INTEREST, ATTORNEY'S FEES AND COSTS

12. FMCTI seeks the recovery of its attorney's fees and costs in pursuit of this action against Sequoia. The terms of the agreement(s) by and between Sequoia and FMCTI provide for the payment of finance charges on all past due items plus a reasonable sum of attorney's fees and court costs in the enforcement of the agreement(s) against Sequoia. Exhibit B.

**WHEREFORE, PREMISES CONSIDERED,** FMCTI respectfully requests that this Honorable Court enter judgment in its favor and against Sequoia for the following:

a. The sum of $377,905.11 due and owing;

b. Interest on past due items pursuant to contract;

c. Pre-judgment and post-judgment interest as allowed by law;

d. Reasonable and necessary attorney's fees incurred as a result of this lawsuit;

e. Costs of suit; and

f. Any other relief available to FMCTI whether at law or in equity, including, but not limited to the issuance of a possessory writ for the sale of equipment to offset the amount of the judgment against Sequoia.

Respectfully submitted,

**BOWLES RICE MCDAVID GRAFF & LOVE LLP**

By: _____

J. Stan Lee, Esq.
Todd C. Myers, Esq.
155 East Main Street, Suite 300
Lexington, Kentucky 40507-1317
Telephone: (859) 252-2202
Fax: (859) 259-2927

5

*And subject to admission pro hac vice—*

**ABBOTT, SIMSES & KUCHLER, APLC.**
Mr. Richard M. Simses
Federal Bar No. 16386 (U.S.D.C. – S.D. of Texas)
Texas Bar No. 18429625
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
Telephone: (713) 627-9393
Facsimile: (713) 627-9395

**ATTORNEYS FOR
FMC TECHNOLOGIES, INC.**

F:\Documents\Lee\New\FMCTI's Original Complaint (H0011606).DOC