UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON
CASE NO. 05-376-AT

*ELECTRONICALLY FILED*

| | |
|---|---|
| FMC TECHNOLOGIES, INC. | PLAINTIFF/THIRD-PARTY PLAINTIFF |
| VS. | **MOTION FOR SUMMARY JUDGMENT** |
| SEQUOIA ENERGY, LLC | DEFENDANT |
| and | |
| COLONY INSURANCE COMPANY | THIRD-PARTY DEFENDANT |
| and | |
| MINE AND MILL ENGINEERING, INC. | THIRD-PARTY DEFENDANT |

***** ***** ***** *****

Comes the Third-Party Defendant, Colony Insurance Company, by counsel, and moves this honorable Court for Summary Judgment as to the Third Party Plaintiff, FMC Technologies, Inc. In support of said motion, this Third Party Defendant attaches its Memorandum of Law in Support of Summary Judgment hereto.

638694.1

Respectfully submitted,

LESLIE PATTERSON VOSE
ESTILL D. BANKS, II
STEPHANIE B. CHADWELL
LANDRUM & SHOUSE, LLP
106 West Vine Street
P.O. Box 951
Lexington, KY 40588-0951

BY:   /s/ Leslie Patterson Vose
      ATTORNEY FOR THIRD-PARTY
      DEFENDANT COLONY INSURANCE
      GROUP

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has this 19th day of September, 2008, been electronically served upon the following:

Jon C. Vicklund, Esq.
Richard M. Simses, Esq.
Abbott, Simses & Kuchler, APLC
1360 Post Oak Blvd., Suite 1700
Houston, TX 77056

John M. Williams, Esq.
Marco M. Rajkovich, Esq.
Melanie J. Kilpatrick, Esq.
Rajkovich, Williams, Kilpatrick & True, PLLC
2333 Alumni Park Plaza, Suite 310
Lexington, KY 40517

Hon. Todd C. Myers, Esq.
Hon. J. Stan Lee, Esq.
Bowles, Rice, McDavid, Graff & Love
330 W. Vine St., Ste. 1700
Lexington, KY 40507

Douglas Ballnatine, Esq.
Justin D. Clark, Esq.
Stoll Keenon Ogden, PLLC
2000 PNC Plaza
500 W. Jefferson St.
Louisville, KY 40202

BY:   /s/ Leslie Patterson Vose
      ATTORNEY FOR THIRD-PARTY
      DEFENDANT COLONY INSURANCE
      GROUP

638694.1