UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

Eastern District of Kentucky
FILED
NOV - 3 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| FMC TECHNOLOGIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-376-ART |
| | ) |
| SEQUOIA ENERGY, L.L.C. | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CIVIL ACTION WITH PREJUDICE

On this day came on to be heard plaintiff and counter-defendant, FMC Technologies, Inc., defendant and counter-plaintiff, Sequoia Energy LLC., third-party defendant, Mine & Mill Engineering, Inc., and third-party defendant, Colony Insurance Company's Joint Motion to Dismiss All Remaining Claims and Parties with Prejudice, and it appearing to the Court that the motion is meritorious, it is hereby GRANTED as follows.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered cause of action be and is hereby DISMISSED WITH PREJUDICE as to any and all remaining claims, asserted in the lawsuit and which could have been asserted in the lawsuit, and all parties, including, but not limited to plaintiff and counter-defendant, FMC Technologies, Inc., defendant and counter-plaintiff, Sequoia Energy LLC., third-party defendant, Mine & Mill Engineering, Inc., and third-party defendant, Colony Insurance Company, and with each party bearing their own respective attorney's fees, expert fee, costs and other expenses.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all further relief, in law or equity, not specifically granted herein is denied.

SIGNED this 3rd day of ~~October~~ November 2008 in London, Kentucky.

[signature]
PRESIDING JUDGE